IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY NGO WU,

          Petitioner,

  v.

BEN CURRY,

          Respondent.
                                           /

No. CV-07-1438 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

      **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** respondent's motion to dismiss the petition as untimely is hereby GRANTED and the petition for a writ of habeas corpus is hereby DISMISSED.

Dated: June 13, 2008

                                        Richard W. Wieking, Clerk

                                        By: Tracy Lucero
                                        Deputy Clerk